# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number |
|---|---|
| Mary Edborg on behalf of herself and all other Plaintiffs similarly situated known and unknown. v Fundamental Health Care, Inc. | **07 C 6218** JUDGE DER-YEGHIAYAN MAGISTRATE JUDGE VALDEZ |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

**PLAINTIFF**

| | |
|---|---|
| NAME | JOHN W. BILLHORN |
| SIGNATURE | s/ John W. Billhorn |
| FIRM | BILLHORN LAW FIRM |
| STREET ADDRESS | 515 N. State Street / Suite 2200 |
| CITY/STATE/ZIP | Chicago, IL 60610 |
| IDENTIFICATION NUMBER | ARDC # 6196946 |
| TELEPHONE NUMBER | (312) 464-1450 |
| FAX NUMBER: | (312) 464-1459 |
| EMAIL ADDRESS: | jbillhorn@billhornlaw.com |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X** | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES **X** | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES **X** | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐