IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY EDBORG,** on behalf of herself and all other plaintiffs known and unknown,<br><br>         Plaintiff<br><br>         v.<br><br>**FUNDAMENTAL HEALTH CARE, INC., AND OR ANY OTHER CORPORATE ENTITIES DEEMED TO BE APPROPRIATE OR NECESSARY DEFENDANTS**<br><br>         Defendants | **N⁰.** 07 CV 6217<br><br>Honorable Judge  Der-Yeghiayan<br><br>Magistrate Judge<br><br>***JURY DEMAND*** |

## NOTICE OF FILING

TO:   Fundamental Health Care
      5400 W. 87th Street
      Burbank, IL 60459

   PLEASE TAKE NOTICE that on December 17, 2007 I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **DEFENDANTS' WAIVER OF SERVICE,** a copy of which is attached hereto.

                              s/ John W. Billhorn
                              *Electronically Filed 12/17/2007*
                              _____
                              John W. Billhorn

1

## CERTIFICATE OF SERVICE

    The undersigned, a non-attorney, hereby states under oath, that on December 17, 2007 she caused to be served upon the parties shown above, the pleading referenced herein by the Court's ECF system, or as otherwise directed.

                                                  s/ Jodi S. Hoare

                                                  Jodi S. Hoare

BILLHORN LAW FIRM  
515 N. State Street / Suite 2200  
Chicago, Illinois 60610  
(312) 464-1450