# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 07 C 6218

Mary Edborg, Plaintiff
v.
Fundamental Health Care, Inc., Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fundamental Health Care, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Amy S. Ramsey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Amy S. Ramsey | |
| FIRM <br> Littler Mendelson, P.C. | E-mail: aramsey@littler.com |
| STREET ADDRESS <br> 200 North LaSalle Street, Suite 2900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270557 | TELEPHONE NUMBER <br> 312.372.5520/Fax - 312.372.7880 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following on this 18th day of December, 2007:

>John W. Billhorn
>Billhorn Law Firm
>515 North State Street
>Suite 2200
>Chicago, IL 60610
>jbillhorn@billhornlaw.com


>/s/ Amy S. Ramsey

Firmwide:83876513.1 053930.1003