IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY EDBORG**<br><br>        Plaintiff,<br><br>v.<br><br>**FUNDAMENTAL HEALTH CARE, INC.** [1], <br><br>        Defendant. | Case No. 07 C 6218<br><br>Judge Der-Yeghiayan |

## NOTICE OF MOTION

TO:   John W. Billhorn
        Billhorn Law Firm
        515 N. State Street
        Suite 2200
        Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on **January 8, 2008 at 9:00 a.m.**, we shall appear before the Hon. Samuel Der-Yeghiayan in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendant's Motion to Continue Initial Status Conference and Extend Deadline for Initial Status and Jurisdictional Reports, a copy of which is attached hereto and served upon you.

                                              RESPECTFULLY SUBMITTED,

                                              By: /s/ Amy S. Ramsey
                                                     One of Its Attorneys

Amy S. Ramsey
Raven A. Winters
Littler Mendelson
200 N. LaSalle Street
Suite 2900
Chicago, Illinois 60601
Tel: 312.372.5520
Fax: 312.372.7880

---

[1] Defendant has been erroneously identified as Fundamental Health Care, Inc. Plaintiff was employed by THI of Illinois at Brentwood, LLC d/b/a Brentwood Sub-Acute Healthcare Center.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2007, a copy of ***Defendant's Notice of Motion to Continue Initial Status Conference and Extend Deadline for Initial Status and Jurisdictional Reports*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

John William Billhorn jbillhorn@billhornlaw.com
BILLHORN LAW FIRM


      /s/ Amy S. Ramsey
            Amy S. Ramsey