U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6218 |
|---|---|

Mary Edborg, Plaintiff
v.
Fundamental Health Care, Inc., Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fundamental Health Care, Inc.

| NAME (Type or print) |
|---|
| Raven A. Winters |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Raven A. Winters |
| FIRM |
| Littler Mendelson, P.C.          E-mail:    rwinters@littler.com |
| STREET ADDRESS |
| 200 North LaSalle Street, Suite 2900 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291077 | 312.372.5520/Fax-312.372.7880 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 2, 2008, I electronically filed **Defendant's Appearance and Certificate of Service** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

John W. Billhorn
Billhorn Law Firm
515 N. State Street
Suite 2200
Chicago, IL 60610

                /s/ Raven A. Winters
                Raven A. Winters