UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Mary Edborg
                        Plaintiff,

v.                                                    Case No.: 1:07−cv−06218
                                                    Honorable Samuel Der−Yeghiayan

Fundamental Health Care, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 7, 2008:

       MINUTE entry before Judge Samuel Der−Yeghiayan : Defendant Fundamental Health Care, Inc's motion to continue initial status conference and extend deadline for initial status reports [9] is granted as follows: Defendant's responsive pleading to plaintiff's complaint shall be filed by 01/11/08. The Court's Joint Initial Status Report and Joint Jurisdictional Status Reports shall be filed by 01/14/08. Status hearing reset to 01/17/08 at 9:00 a.m. Status hearing set for 01/09/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.