IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY EDBORG, on behalf of herself and all other plaintiffs known and unknown,**<br><br>         Plaintiff,<br><br>    v.<br><br>**FUNDAMENTAL HEALTH CARE, INC.[1],**<br><br>         Defendant. | No.  07 C 6218<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

## JOINT JURISDICTIONAL STATUS REPORT

**I.     Subject Matter Jurisdiction.**

This is a claim for unpaid wages and other relief brought pursuant to the Fair Labor Standards Act (FLSA), the Illinois Wage Payment and Collection Act (IWPCA) and the Illinois Minimum Wage Law (IMWL).  The Court has jurisdiction over the FLSA claim pursuant to 28 U.S.C. § 1331, which provides that district courts have original jurisdiction of all civil actions arising from the laws of the United States.  This Court has jurisdiction over the supplemental state court claims by virtue of 29 U.S.C. § 1367.

**II.    Venue**

Venue lies in the Northern District, Eastern Division of Illinois in that during the relevant time period of Plaintiff's employment with Defendant, which continues to the present, Plaintiff is and has been a resident of this district and division, residing in Evergreen Park, Illinois. Defendant is engaged in business in this district and division, with its local facility located at

---

[1] Defendant has been erroneously identified as Fundamental Health Care, Inc.  Plaintiff was employed by THI of Illinois at Brentwood, LLC d/b/a Brentwood Sub-Acute Healthcare Center.

5400 W. 87th Street, Burbank, IL.  Defendant's facility was located at said address during the entire time of Plaintiff's employment and it is that location that Plaintiff worked.

        Respectfully submitted,

| /s/Amy Schaefer Ramsey | /s/John W. Billhorn |
|---|---|
| Amy Schaefer Ramsey | John W. Billhorn |
| Raven A. Winters | Billhorn Law Firm |
| LITTLER MENDELSON | 515 N. State Street #2200 |
| A Professional Corporation | Chicago, Illinois 60610 |
| 200 N. LaSalle Street | 312.464.1450 |
| Suite 2900 | *Attorney for Plaintiff* |
| Chicago, IL  60601 | |
| 312.372.5520 | |
| *Attorneys for Defendant* | |

Dated: January 14, 2008

**CERTIFICATE OF SERVICE**

      I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following attorney of record on this 14th day of January, 2008:

    John W. Billhorn
    Billhorn Law Firm
    515 North State Street, Suite 2200
    Chicago, IL  60610

                                /s/Amy Schaefer Ramsey