IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY EDBORG,** on behalf of herself and all other plaintiffs known and unknown,  )<br>)<br>)<br>)<br>Plaintiff  )<br>)<br>v.  )<br>)<br>**FUNDAMENTAL HEALTH CARE, INC.,** AND OR ANY OTHER CORPORATE ENTITIES DEEMED TO BE APPROPRIATE OR NECESSARY DEFENDANTS  )<br>)<br>)<br>)<br>)<br>)<br>Defendants  ) | N<u>o.</u> 07 CV 6217<br><br>Honorable Judge Der-Yeghiayan<br><br>Magistrate Judge<br><br>***JURY DEMAND*** |

## AFFIDAVIT OF MARY EDBORG

**NOW COMES AFFIANT**, Mary Edborg, having been duly sworn to oath, hereby states that if called upon to testify, my testimony would be as follows:

1. My name is Mary Edborg, and I am a plaintiff in the above captioned matter.

2. I am currently an employee of Defendant and have been since August 1997. I have lived at 9308 South Trumbull, Evergreen Park, Illinois, for approximately 8 years.

3. The address I have provided employment services for the Defendant both in the past and currently are 5701 W. 79th Street, Burbank, Illinois, and 5400 West 87th Street Burbank, Illinois.

| | |
|---|---|
| FURTHER AFFIANT SAYETH NOT this 14th day of January, 2008 | Sworn and subscribed to me on |
| _____<br>**Mary Edborg** | _____<br>Notary of Public |