IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY EDBORG,** on behalf of herself and all other plaintiffs known and unknown,<br><br>Plaintiff<br><br>v.<br><br>**FUNDAMENTAL HEALTH CARE, INC., AND OR ANY OTHER CORPORATE ENTITIES DEEMED TO BE APPROPRIATE OR NECESSARY DEFENDANTS**<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **N<sup>o.</sup>** 07 CV 6218<br><br>**Honorable Judge Der-Yeghiayan**<br><br>*<u>JURY DEMAND</u>* |

### NOTICE OF FILING

TO:   Amy Schaefer Ramsey       aramsey@littler.com
       Raven A. Winters              rwinters@littler.com
       Littler Mendelson, P.C.
       200 N. LaSalle St. / Suite 2900
       Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on January 16, 2008, I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **PLAINTIFF MARY EDBORG AFFIDAVIT,** a copy of which is attached hereto.

                                          s/ John W. Billhorn
                                          *Electronically Filed 1/16/2008*
                                          _____
                                          John W. Billhorn

## **CERTIFICATE OF SERVICE**

 The undersigned, a non-attorney, hereby states under oath, that on January 16, 2008, she caused to be served upon the parties shown above, the pleading referenced herein by the Court's ECF system, or as otherwise directed.

                  s/ Jodi S. Hoare

                  _____
                  Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, Illinois 60610
(312) 464-1450