# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6218 | **DATE** | 1/17/2008 |
| **CASE TITLE** | Edborg vs. Fundamental Health | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/29/08 at 9:00 a.m. As stated on the record, all discovery relating to the notice issues to be completed by 03/14/08. Plaintiff is given until 03/28/08 to file her motion for class certification. Should Plaintiff file her motion for class certification, Defendant is given until 04/11/08 to file its response. As further stated on the record, Plaintiff is given leave to file an amended complaint identifying the correct named defendant.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|