IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARY EDBORG,** on behalf of herself and all other plaintiffs known and unknown,<br><br>                Plaintiff<br><br>        v.<br><br>**FUNDAMENTAL HEALTH CARE, INC., AND OR ANY OTHER CORPORATE ENTITIES DEEMED TO BE APPROPRIATE OR NECESSARY DEFENDANTS**<br><br>                Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **N<sup>o.</sup> 07 CV 6218**<br><br>**Honorable Judge  Der-Yeghiayan**<br><br>*JURY DEMAND* |

## NOTICE OF FILING

TO:    Amy Schaefer Ramsey        aramsey@littler.com
       Raven A. Winters           rwinters@littler.com
       Littler Mendelson, P.C.
       200 N. LaSalle St. /  Suite 2900
       Chicago, Illinois 60601

        PLEASE TAKE NOTICE that on January 18, 2008, I shall cause to be filed with the Clerk of the United States District Court locate at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **FIRST AMENDED COMPLAINT,** a copy of which is attached hereto.

                                s/ John W. Billhorn
                                *Electronically Filed 1/18/2008*
                                _____
                                John W. Billhorn

1

## **CERTIFICATE OF SERVICE**

      The undersigned, a non-attorney, hereby states under oath, that on January 18, 2008, she caused to be served upon the parties shown above, the pleading referenced herein by the Court's ECF system, or as otherwise directed.

                                                                              s/ Jodi S. Hoare

                                                                              _____

                                                                              Jodi S. Hoare

BILLHORN LAW FIRM  
515 N. State Street / Suite 2200  
Chicago, Illinois 60610  
(312) 464-1450