## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARY EDBORG, on behalf of herself and all other plaintiffs known and unknown, | ) ) ) ) No. 07 CV 6218 ) |
| Plaintiff | ) Honorable Judge Der-Yeghiayan ) |
| v. | ) Magistrate Judge ) |
| FUNDAMENTAL HEALTH CARE, INC., ~~AND OR ANY OTHER~~ CORPORATE ENTITIES DEEMED TO BE APPROPRIATE OR NECESSARY DEFENDANTS | ) ) *JURY DEMAND* ) ) ) |
| Defendants | ) |

**FILED JAN 17 2008**
Judge Samuel Der-Yeghiayan
U.S. District Court

### AFFIDAVIT OF MARY EDBORG

**NOW COMES AFFIANT**, Mary Edborg, having been duly sworn to oath, hereby states that if called upon to testify, my testimony would be as follows:

1. My name is Mary Edborg, and I am a plaintiff in the above captioned matter.

2. I am currently an employee of Defendant and have been since August 1997. I have lived at 9308 South Trumbull, Evergreen Park, Illinois, for approximately 8 years.

3. The address I have provided employment services for the Defendant both in the past and currently are 5701 W. 79th Street, Burbank, Illinois, and 5400 West 87th Street Burbank, Illinois.

FURTHER AFFIANT SAYETH NOT
this 14th day of January, 2008.

_____
Mary Edborg

Sworn and subscribed to me on

_____
Notary of Public

OFFICIAL SEAL
DARLENE M WISNESKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/10