IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mary Edborg, on behalf of herself and all other plaintiffs known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>THI OF ILLINOIS AT BRENTWOOD, LLC, d/b/a BRENTWOOD SUB-ACUTE HEALTHCARE CENTER,<br><br>Defendant. | No. 07 C 6218<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

## JOINT MOTION TO APPROVE SETTLEMENT AND TO DISMISS CASE WITH PREJUDICE

NOW COME Plaintiff Mary Edborg ("Plaintiff") and Defendant THI of Illinois at Brentwood, LLC, d/b/a Brentwood Sub-Acute Healthcare Center ("Defendant"), by and through their respective undersigned counsel, and hereby file this Joint Motion to Approve Settlement and to Dismiss Case with Prejudice. The parties state the following in support:

I.  STATEMENT OF FACTS

On or about November 2, 2007, Plaintiff filed a Complaint against Defendant alleging she was improperly denied overtime pay during her employment with Defendant in violation of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*, and the Portal-to-Portal Act, 29 U.S.C. §251 *et seq.*, the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS Section 115/1, *et seq.* In her lawsuit, which was styled as a statutory collective action pursuant to 29 U.S.C. § 216(b), she sought to recover back wages, liquidated damages, and attorneys' fees and costs.

On July 21, 2008, the parties reached a settlement agreement, whereby Plaintiff will

release any and all claims regarding her employment with Defendant, including her individual claims under the FLSA and claims for attorneys' fees. In exchange, Plaintiff has agreed to dismiss her lawsuit with prejudice. The parties have agreed to keep the terms of their settlement agreement confidential. The parties have prepared a written Settlement Agreement and Release that memorializes the terms of their settlement. Upon approval of the Court, the parties will execute said Agreement.

In accordance with the applicable requirements for settling a FLSA claim, the parties hereby seek the Court's approval of the settlement they reached in this matter, and stipulate to the dismissal of this action.

## II.    ARGUMENT

Pursuant to the FLSA, claims for back wages and other damages arising under the FLSA may be settled or compromised with the approval of the district court or Secretary of Labor. *See Brooklyn Savings Bank v. O'Neil*, 324 U.S. 697 (1945); *D.A. Schulte, Inc. v. Gangi*, 328 U.S. 108 (1946). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.*

As discussed above, the parties have agreed to settle all claims in this dispute through the execution of a Settlement Agreement and Release. While Defendant does not admit liability or wrongdoing, all parties agree that the settlement terms they have reached in this action represent a fair and equitable resolution of this matter. Thus, the parties respectfully request that the Court approve the settlement and issue an Order dismissing this action with prejudice, but retaining jurisdiction, as necessary, to enforce the Settlement Agreement entered into by the parties.

The parties have agreed to keep the specific terms and conditions of the Settlement Agreement and Release confidential. To that end, should this Honorable Court desire to review the actual agreement, the parties respectfully request Court approval to present the Settlement

Agreement and Release to the Court in its written form for an in camera review should the Court so direct, and without waiving the confidential nature of the Agreement. In the alternative, the parties request permission to file the Settlement Agreement and Release under seal pursuant to Local Rule 5.8.

### III.   CONCLUSION

WHEREFORE, the parties stipulate to the dismissal of this action, and respectfully request that the Court enter an Order approving the terms of the settlement of all of Plaintiff Mary Edborg's claims and dismissing this action with prejudice, but retaining jurisdiction, as necessary, to enforce the Settlement Agreement and Release entered into by the parties.

Respectfully submitted,

| | |
|---|---|
| *John Billhorn (via electronic mail consent)* | /s/ *David K. Haase* |
| John W. Billhorn, Esq. | David K. Haase (6201278) |
| Billhorn Law Firm | Raven A. Winters (6291077) |
| 515 N. State Street | LITTLER MENDELSON, P.C. |
| Suite 2200 | 200 N. La Salle Street |
| Chicago, IL 60610 | Suite 2900 |
| | Chicago, IL 60601 |
| Attorney for Plaintiff, | (312) 372-5520 |
| *Mary Edborg* | (312) 372-7880 (Fax) |
| | |
| | Attorneys for Defendant, |
| | *THI of Illinois at Brentwood, LLC, d/b/a Brentwood Sub-Acute Healthcare Center* |

## CERTIFICATE OF SERVICE

This document was filed electronically on this 22nd day of July 2008. Parties may access this filing via the Court's electronic filing system.

/s/ David K. Haase<br>
David K. Haase