IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mary Edborg, on behalf of herself and all other plaintiffs known and unknown,<br><br>Plaintiff,<br><br>v.<br><br>THI OF ILLINOIS AT BRENTWOOD, LLC, d/b/a BRENTWOOD SUB-ACUTE HEALTHCARE CENTER,<br><br>Defendant. | No. 07 C 6218<br><br>Judge Der-Yeghiayan<br>Magistrate Judge Valdez |

## NOTICE OF MOTION

TO: John W. Billhorn
Billhorn Law Firm
515 N. State Street
Suite 2200
Chicago, Illinois 60610

**PLEASE TAKE NOTICE** that on **July 29, 2008 at 9:00 a.m.**, we shall appear before the Hon. Samuel Der-Yeghiayan in Room 1903 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the Joint Motion to Approve Settlement and to Dismiss Case With Prejudice, a copy of which is attached hereto and served upon you.

RESPECTFULLY SUBMITTED,

By: /s/ David K. Haase
David K. Haase

David K. Haase
Raven A. Winters
Littler Mendelson
200 N. LaSalle Street
Suite 2900
Chicago, Illinois 60601
Tel: 312.372.5520
Fax: 312.372.7880

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2008, a copy of the ***Joint Motion to Approve Settlement and to Dismiss Case With Prejudice*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

John William Billhorn jbillhorn@billhornlaw.com
BILLHORN LAW FIRM


          /s/ David K. Haase
          David K. Haase