# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6218 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Mary Edborg vs. THI Of Illinois At Brentwood, LLC, d/b/a Brentwood Sub-Acute Healthcare Center | | |

**DOCKET ENTRY TEXT**

Motion hearing held. As stated on the record, Plaintiff's joint motion to approve settlement and to dismiss the case with prejudice [26] is granted. After an in camera inspection of the parties' settlement agreement, the Court finds that the compromise is a fair and reasonable resolution of a bona fide dispute over the FLSA provisions. A further stated on the record, the instant action is hereby dismissed, with prejudice pursuant to settlement without the Court retaining jurisdiction to enforce the terms of the settlement. All pending dates and motions are hereby stricken as moot. The settlement to remain confidential as provided in the parties' settlement agreement. Civil case terminated.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|